6173. SEABOARD AIR-LINE RAILWAY *v.* HALL.

BROYLES, J. The grounds of the amendment to the motion for a new trial are merely an elaboration of the general grounds that the verdict is contrary to the evidence and without evidence to support it. There being some evidence to support the judgment rendered by the trial court, sitting without the intervention of a jury, under the repeated rulings of this court and of the Supreme Court a new trial will not be granted.
*Judgment affirmed.*

DECIDED AUGUST 5, 1915.

Action for damages; from city court of Saint Marys—Judge McElreath. October 16, 1914.

*Bolling Whitfield, S. C. Townsend,* for plaintiff in error.
*Oliver & Oliver,* contra.